IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GURAL FOSTER,

    Plaintiff,

vs.      No. 4:18-cv-00890-SWW

LONOKE COUNTY CIRCUIT
COURT and ARKANSAS
SUPREME COURT OF APPEALS,

    Defendants

## JUDGMENT

Consistent with the Order that was entered on this day, it is Considered, Ordered, and Adjudged that this action is hereby dismissed.

Dated this 7th day of December, 2018.

        /s/Susan Webber Wright
        UNITED STATES DISTRICT JUDGE